149 A.3d 556

**MCALLISTER, James**

v.

**STATE of Maryland**

**Pet. Docket No. 367, Sept. Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 1196, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

149 A.3d 556

**MILLER**

v.

**BD. OF EDUCATION OF BALTIMORE CO.**

**Pet. Docket No. 363, Sept. Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 1853, Sept. Term, 2014).

Petition for writ of certiorari denied.